1092

S. F. 1919.13

Mr George Dansons damages to bee repaired by Henry Eliott.

|  | £ s d |
|---|---|
| 1. The Squaw Sarah to bee returned and delurd to her master with all convenient Speed or at least in some limited time or | 30:00:00 |
| 2. That Eliot respond to Danson the hire of John Marsh who went to assist Eliot to bring down the Squaw | 02:00:00 |
| 3. To return or pay for the lock & bolt | 00:05:00 |
| 4. To respond the costs of the first Court wth the damages allowed | 03:09:00 |
| 5. That hee respond the charge at the Court of Assistants for sd Eliot did there unjustly trouble sd Danson | 01:00:00 |
| 6. That sd Eliot pay for the time hee hath detained the Squaw in his Service about fourteen months | 14:00:00 |

Vera Copia attestr Jsa Addington Cler

The Court of Assistants (Records, i. 156) in 1679 reversed the former judgment and found for Elliot with 46s 2d costs. "Henry Elljot in open Court engaged that he would deliuer the Indian to George Danson or his order dead or aliue." Nevertheless the case was reviewed at the April session, 1680, of the County Court, decided in the same way (copy of judgment in S. F. 1919.7), appealed by Elliot (Reasons in S. F. 1919.9), and again reversed by the Court of Assistants (Records, i. 167.]

## BUCKLEY conta BUTLER

Richd Buckley plaint. conta Iohn Butler Defendt The plaint. withdrew his Action: The Defendt confessing judgemt

## LEVERETT conta KNIGHT

Hudson Leverett plaint. conta Bathsheba Knight Admx unto the Estate of her deced Husband Iohn Knight Defendt in an accion of the case for refuseing and neglecting to pay the Summe of Fifty Six pounds Eighteen Shillings and one penny in money or thereabouts as shalbee made to appeare or what else shalbee made to appeare due upon the ballance of Accompt with due interest and damages: . . . The Iury . . . found for the Defendt costs of Court

## CLOWTER conta PECK

Thomas Clowter or his lawfull Attourny plaint. conta Iohn Peck Defendt for witholding the Summe of Four pounds money or thereabouts due to this plaint. for about four months wages for an Indians Service onboard sd Pecks Vessell in his last voyage to Newfoundland